**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
SAN FERNANDO VALLEY **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| ROCKCRETE CONSTRUCTION, INC | § § | Case No. 1:15-bk-12738-VK |
| Debtor | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID K. GOTTLIEB, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 117,380.00                    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,780.00     Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 39,220.00

---

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 50,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 200,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 45,525.86 | 39,220.00 | 39,220.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 104,066.71 | 104,066.71 | 10,780.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 759,555.00 | 1,724,147.04 | 1,724,147.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 959,555.00 | $ 1,873,739.61 | $ 1,867,433.75 | $ 50,000.00 |

4) This case was originally filed under chapter 7 on 08/17/2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2017    By: /s/DAVID K. GOTTLIEB
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles and Equipment Sold at Auction | 1229-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cal Grove Rentals, Inc 456 Glenoaks Blvd San Fernando, CA 91340 | | 50,000.00 | NA | NA | 0.00 |
| | Pat Vonarb 4999 Kahala Ave. # 126 Honolulu, HI 96816 | | 150,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 200,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| D. Gottlieb & Associates LLC | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| D. Gottlieb & Associates LLC | 2200-000 | NA | 20.98 | 20.98 | 20.98 |
| International Sureties LTD | 2300-000 | NA | 0.63 | 0.63 | 0.63 |
| International Sureties Ltd. | 2300-000 | NA | 27.85 | 27.85 | 27.85 |
| Franchise Tax Board | 2820-000 | NA | 2,637.78 | 2,637.78 | 2,637.78 |
| Franchise Tax Board | 2990-000 | NA | 0.00 | 0.00 | 0.00 |
| Robert A. Hessling APC | 3210-000 | NA | 22,880.00 | 18,954.23 | 18,954.23 |
| Robert A. Hessling APC | 3220-000 | NA | 251.67 | 251.67 | 251.67 |
| Berkeley Research Group, LLC | 3410-000 | NA | 13,871.50 | 11,491.41 | 11,491.41 |
| Berkeley Research Group, LLC | 3420-000 | NA | 85.45 | 85.45 | 85.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 45,525.86 | $ 39,220.00 | $ 39,220.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Construction Laborers Trusts | 5400-000 | NA | 63,464.73 | 63,464.73 | 10,780.00 |
| 1P | Franchise Tax Board | 5800-000 | NA | 1,707.80 | 1,707.80 | 0.00 |
| 4 | State Compensation Insurance Fund | 5800-000 | NA | 38,894.18 | 38,894.18 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 104,066.71 | $ 104,066.71 | $ 10,780.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Adjustment Bureau, Inc dba CAB-LCF 14226 Ventura Blvd. Sherman Oaks, CA 91423 | | 31,599.00 | NA | NA | 0.00 |
| | Gerald E. Gibbs, Inc. dba Calex Corporation 2235 Statham Blvd. Oxnard, CA 93033 | | 727,956.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kenneth J. Freed, Esq. Law Offices of Keneth J. Freed 14226 Ventura Blvd. P.O. Box 5914 Sherman Oaks, CA 91413 | | 0.00 | NA | NA | 0.00 |
| | Willian E. Winfield, Esq. Lowthorp, Richards, Mcmillan, Mill 300 Esplanade Drive, Suite 850 P.O. Box 5167 Oxnard, CA 93031 | | 0.00 | NA | NA | 0.00 |
| 5 | Construction Laborers Pension Trust For So. Cal. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3U | Construction Laborers Trusts | 7100-000 | NA | 41,793.03 | 41,793.03 | 0.00 |
| 1U | Franchise Tax Board | 7100-000 | NA | 415.60 | 415.60 | 0.00 |
| 2 | Irs | 7100-000 | NA | 2,280.00 | 2,280.00 | 0.00 |
| 7 | John Hasenfus | 7100-000 | NA | 950,000.00 | 950,000.00 | 0.00 |
| 6 | Southern California Gunite Workers Pension Fund | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | Gerald E. Gibbs, Inc. | 7200-000 | NA | 727,956.02 | 727,956.02 | 0.00 |
| 10 | Pitney Bowes Inc | 7200-000 | NA | 1,702.39 | 1,702.39 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 759,555.00 | $ 1,724,147.04 | $ 1,724,147.04 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-12738 VK | Judge: | Victoria S. Kaufman | Trustee Name: | DAVID K. GOTTLIEB |
|---|---|---|---|---|---|
| Case Name: | ROCKCRETE CONSTRUCTION, INC | | | Date Filed (f) or Converted (c): | 08/17/2015 (f) |
| | | | | 341(a) Meeting Date: | 09/18/2015 |
| For Period Ending: | 10/13/2017 | | | Claims Bar Date: | 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2002 F-650 Truck Ford #7D18559 | 7,600.00 | 7,600.00 | | 0.00 | FA |
| 2. 2002 Ford F-650 Truck, #7K26727 | 7,600.00 | 7,600.00 | | 0.00 | FA |
| 3. 2004 Ford F-350 Truck | 5,400.00 | 5,400.00 | | 0.00 | FA |
| 4. 2001 Ford F-650 Flatbed Truck | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5. Pump P-4 2000 #44491776 | 7,600.00 | 7,600.00 | | 0.00 | FA |
| 6. Pump P-5 2003, #745600 | 14,000.00 | 14,000.00 | | 0.00 | FA |
| 7. Pump P-6 2001, #1220501 | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 8. Ingersoll Rand Towable Compressor 2006 #365354 | 5,680.00 | 5,680.00 | | 0.00 | FA |
| 9. Compressor Ac-1 2003 #333920Ulm064 | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 10. Compressor Ac -2 2002 #329153Uvm064 | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 11. 375 Compressor | 45,000.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles and Equipment Sold at Auction (u) See Major Activities | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $167,380.00 | $122,380.00 | | $50,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

STATUS AS OF 6/30/2016:

Professionals:
Order Approving Application to Employ Robert A. Hessling, APC as General Bankruptcy Counsel was entered on 11/19/2015
Order Approving Application to Employ Berkeley Research Group as Accountants was entered 5/2/2016

Asset #12:
In its Schedule "B," the Debtor lists four trucks (collectively, the "Vehicles") and miscellaneous equipment consisting of four compressors and three pumps ("collectively, the "Equipment"). The Trustee investigated the nature and extent of his rights, title and interests in the Vehicles and Equipment, the values of and liens affecting the Vehicles and Equipment, and possible unscheduled personal property. The initial investigation revealed, among other things, that the Debtor's schedules were inaccurate and incomplete in the following respects:

1.    The Debtor failed to list Marc Savas ("Savas") as a secured creditor. He held a junior lien of about $250,000 affecting the Equipment.

2.    Although the Debtor correctly listed Patricia Vonarb ("Patricia") as a secured creditor with a secured claim of $150,000, she in fact held two liens. On February 11, 2015 and March 10, 2015, Patricia caused UCC-1 financing statements to be filed with the California Secretary of State regarding the Vehicles and Equipment.

3.    Some of the information regarding the Vehicles, including the year and license plate number, was not accurate.

The Trustee disputed the transfers and senior liens evidenced by Patricia's UCC-1 financing statements, and alleged that the transfers and liens were avoidable as preferential transfers under 11 U.S.C. § 547(b) and that the liens were unperfected as to the Vehicles. The Trustee also disputed the junior lien of Savas.

In late September 2015, the Trustee learned that Robin A. Vonarb ("Robin"), who is the principal of the Debtor and Shotcrete, was continuing to move, use and/or lend out the Vehicles and Equipment. A letter was sent to the Debtor's counsel, Robert Aronson, informing him that Robin's actions violated the automatic stay and demanding that Robin immediately cease and desist such actions. At about the same time, the Trustee learned that GT Commercial Concrete, Inc. ("GT") desired to purchase the Trustee's rights, title and interests in the Equipment and five vehicles, which included some of the scheduled Vehicles, for the sum of $50,000, plus the releases of the liens of Patricia and Savas. Negotiations ensued regarding the purchase and sale of this personal property, and a purchase and sale agreement was drafted.
Jacqueline James, Calgrove's counsel, claimed that Calgrove was the owner and lessor of one of the compressors, and opposed any sale of the compressor. In its schedules, the Debtor indicated that it owned the compressor and listed Calgrove as a secured creditor. The Trustee obtained documents regarding the ownership and lease of the compressor. The documents confirmed Calgrove's claims. As a result, the compressor was eliminated in the purchase and sale agreement, and Calgrove regained possession of its compressor.

Before the purchase and sale agreement could be finalized, it was necessary to obtain documents regarding the titles to the five vehicles, especially in light of the Debtor's inaccurate schedules. In response to demands, Mr. Aronson produced title documents. It became apparent that the sales of the Vehicles and the Equipment were not feasible. Robin owned one of the five vehicles, Shotcrete owned another vehicle and held liens affecting two other vehicles, and Savas held a lien affecting another vehicle. All of the Equipment was subject to the disputed liens of about $150,000 of Patricia and about $250,000 of Savas.

Negotiations then ensued with Patricia regarding the settlement of the Trustee's claims and causes of action against her to avoid the transfers and her senior liens. The negotiations were successful, resulting in a settlement in which the Trustee and Patricia agreed, among other things, that Patricia shall pay the sum of $50,000 to the Trustee, the Trustee shall be deemed to have released and abandoned all of his rights, title and interests in the Equipment and various vehicles, and Patricia waives and releases her claims against the Trustee and the Debtor's estate, including without limitation the right to file a proof of claim in the Debtor's case.

The settlement achieved a very favorable result for the estate. To avoid the liens of Patricia and Savas, the Trustee would have needed to prosecute litigation against them. The estate had no funds to pay for such litigation. There was no assurance that the litigation would be successful and that all of the liens would be avoided. The settlement amount of $50,000 far exceeded the net amount that the Trustee would have realized in the absence of a settlement and the Trustee: (1) had prosecuted litigation to avoid the transfers and liens; and (2) if the transfers and liens were avoided, had liquidated the Personal Property by means of a public auction. In addition, the settlement provided for the waiver of Patricia's claims against the estate. In sum, the settlement achieved a better result without the inherent risks, expense and delay of litigation and an auction.

All assets have been administered.

Claims: The Trustee has begun his claims review.

Taxes: Trustee's accountants are preparing final estate returns

Initial Projected TFR Date: 3/31/2017

Initial Projected Date of Final Report (TFR): 03/31/2017   Current Projected Date of Final Report (TFR): 06/30/2017

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-12738 | Trustee Name: DAVID K. GOTTLIEB |
| Case Name: ROCKCRETE CONSTRUCTION, INC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9998 |
| | Checking |
| Taxpayer ID No: XX-XXX8400 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/16 | 12 | GT Commerical Concrete Inc. | Settlement Agreement payment | 1229-000 | $10,000.00 | | $10,000.00 |
| 04/06/16 | 101 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | EIN: 95-4848400 - Form 100-ES 2016 | 2820-000 | | $800.00 | $9,200.00 |
| 04/14/16 | 102 | International Sureties LTD<br>701 Poydras St., Ste. 420<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond - Bond No. 016030866 - Term: 1/4/16 - 1/4/17 | 2300-000 | | $0.63 | $9,199.37 |
| 04/20/16 | 12 | GT Commerical Concrete, Inc. | Settlement Agreement payment | 1229-000 | $40,000.00 | | $49,199.37 |
| 09/13/16 | 103 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Form 3586 - TYE 12/31/2015 - TIN: 95-4848400 | 2820-000 | | $822.00 | $48,377.37 |
| 01/23/17 | 104 | International Sureties Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Chap. 7 Blanket Bond - Bond No. 016030866 - Term: 1/4/2017 - 1/4/2015 | 2300-000 | | $27.85 | $48,349.52 |
| 02/22/17 | 105 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | EIN: 95-4848400 - Notice Number: 6160452161014 - Tax Year End: 12/15 - Per Order Entered 2/21/2017 | 2820-000 | | $215.78 | $48,133.74 |
| 04/17/17 | 106 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Form 100 - TYE 12/31/2016 - TIN: 95-4848400 Reversal Incorrect amount entered. Check will be reissued. | 2820-000 | | ($822.00) | $48,955.74 |
| 04/17/17 | 106 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Form 100 - TYE 12/31/2016 - TIN: 95-4848400 | 2820-000 | | $822.00 | $48,133.74 |
| 04/17/17 | 107 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Form 100 - TYE 12/31/2016 - TIN: 95-4848400 | 2820-000 | | $800.00 | $47,333.74 |

Page Subtotals:        $50,000.00        $2,666.26

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-12738 |
| Case Name: | ROCKCRETE CONSTRUCTION, INC |
| Taxpayer ID No: | XX-XXX8400 |
| For Period Ending: | 10/13/2017 |

| Trustee Name: | DAVID K. GOTTLIEB |
| Bank Name: | Union Bank |
| Account Number/CD#: | XXXXXX9998 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/17 | 114 | Franchise Tax Board <B>(Administrative)</B> Bankruptcy Section Ms A340 Po Box 2952 Sacramento Ca 95812-2952 | Final distribution to claim 9 representing a payment of 100.00 % per court order. Reversal Funds were returned by Payee. Claim has been satisfied. Funds will be redistributed to other creditors. | 2990-000 | | ($800.00) | $48,133.74 |
| 08/02/17 | 108 | D. Gottlieb & Associates LLC 15233 VENTURA BOULEVARD SHERMAN OAKS, CA  91403-2201 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,750.00 | $42,383.74 |
| 08/02/17 | 109 | D. Gottlieb & Associates LLC 15233 VENTURA BOULEVARD SHERMAN OAKS, CA  91403-2201 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $20.98 | $42,362.76 |
| 08/02/17 | 110 | Robert A. Hessling APC 3853 Meadow Park Lane Torrance, California 90505 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $251.67 | $42,111.09 |
| 08/02/17 | 111 | Berkeley Research Group, LLC 201 South Main Suite 450 Salt Lake City, Utah 84111 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $85.45 | $42,025.64 |
| 08/02/17 | 112 | Robert A. Hessling APC 3853 Meadow Park Lane Torrance, California 90505 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $18,954.23 | $23,071.41 |
| 08/02/17 | 113 | Berkeley Research Group, LLC 201 South Main Suite 450 Salt Lake City, Utah 84111 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $11,491.41 | $11,580.00 |
| 08/02/17 | 114 | Franchise Tax Board <B>(Administrative)</B> Bankruptcy Section Ms A340 Po Box 2952 Sacramento Ca 95812-2952 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 2990-000 | | $800.00 | $10,780.00 |
| 08/02/17 | 115 | Construction Laborers Trusts C/O J. David Sackman Reich, Adell & Cvitan 3550 Wilshire Blvd., Suite 2000 Los Angeles, Ca 90010 | Final distribution to claim 3 representing a payment of 15.73 % per court order. TIN:  51-6146048 | 5400-000 | | $9,980.00 | $800.00 |

Page Subtotals:    $0.00    $46,533.74

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-12738 |
| Case Name: | ROCKCRETE CONSTRUCTION, INC |
| Taxpayer ID No: | XX-XXX8400 |
| For Period Ending: | 10/13/2017 |

| Trustee Name: | DAVID K. GOTTLIEB |
| Bank Name: | Union Bank |
| Account Number/CD#: | XXXXXX9998 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/17 | 116 | Construction Laborers Trusts<br>C/O J. David Sackman<br>Reich, Adell & Cvitan<br>3550 Wilshire Blvd., Suite 2000<br>Los Angeles, Ca 90010 | Final distribution to claim 3 representing a payment of 1.26 % per court order. | 5400-000 | | $800.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $50,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00 $800.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9998 - Checking | $50,000.00 | $50,000.00 | $0.00 |
|  | $50,000.00 | $50,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |